UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AALAELDIN KHIRAWI,<br>     Plaintiff<br><br>v.<br><br>GETRONICS WANG CO., LLC,<br>a/k/a/ and d/b/a GETRONICS,<br>     Defendants | CIVIL ACTION NO. 05-11877REK |

## ASSENTED TO MOTION OF DEFENDANT FOR ENLARGEMENT OF TIME

Defendant Getronics Wang Co., LLC, a/k/a and d/b/a Getronics, hereby moves, with Plaintiff's assent, to enlarge the time period for Defendant to file its answer or otherwise respond to the Complaint, up to and including Friday, October 28, 2005.

Respectfully submitted,

ASSENTED TO:

GETRONICS WANG CO., LLC,
a/k/a/ and d/b/a GETRONICS
By its attorneys,

/s/ Sol J. Cohen
Sol J. Cohen, BBO# 630776
Cohen & Sales
43 Thorndike Street
Cambridge, MA 02141
(617) 621-1151
Attorney for Plaintiff

/s/ Erik J. Winton
Andrew C. Pickett, BBO# 549872
Erik J. Winton, BBO #600743
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: October 11, 2005