AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

AALAELDIN KHIRAWI

V.

GETRONICS WANG CO., LLC, a/k/a and d/b/a GETRONICS

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

05 - 11877 REK

TO: (Name and address of Defendant)

Getronics Wang Co., LLC, a/k/a and d/b/a Getronics
c/o CT Corporation Systems
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sol J. Cohen
Cohen & Sales
43 Thorndike Street
Cambridge, MA 02141

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON



SEP 16 2005

CLERK

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date              Signature of Server

                      _____
                       Address of Server

---

(1) As to wl

[Handwritten: 056396]

[Rotated 180° content — Suffolk County Sheriff's Department return:]

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.



September 26, 2005

I hereby certify and return that on 9/22/2005 at 2:05PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Yvette Concepcion, Process Clerk, agent at the time of service for Getronics Wang Co., LLC aka and dba Getronics at 101 Federal Street, C/o CT Corporation Systems Boston, MA 02105, U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

[Signature] Deputy Sheriff

Deputy Sheriff John Cotter