UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AALAELDIN KHIRAWI,
Plaintiff

v.

GETRONICS WANG CO., LLC,
a/k/a/ and d/b/a GETRONICS,
Defendants

CIVIL ACTION NO. 05-11877REK

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

The parties submit this Joint Statement Pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and the Court's Notice of Scheduling Conference. After conferring about pretrial scheduling issues, the parties agree and request that the Court approve the following Proposed Pretrial Schedule and Discovery Plan:

### Proposed Pretrial Schedule and Discovery Plan

| Date | Deadline |
|---|---|
| August 31, 2006 | Deadline for completion of all fact discovery, including requests for production of documents, interrogatories and depositions. |
| October 31, 2006 | Deadline for filing dispositive motions, if any party determines that such a motion is appropriate. |
| November 30, 2006 | Deadline for filing oppositions to any dispositive motions. |
| December 15, 2006 | Deadline for filing any reply to oppositions to any dispositive motions. |
| January 1, 2007 | Deadline for Plaintiff to submit any expert reports. |
| March 1, 2007 | Deadline for Defendant to submit any expert reports. |
| May 31, 2007 | Deadline for completion of all expert discovery. |

### Certifications

The parties will each submit under separate cover the certification required by Local Rule 16.1(D)(3). The parties decline to have a trial in front of a Magistrate Judge.

WHEREFORE, the parties respectfully request that the Court approve their Proposed Pretrial Schedule and Discovery Plan, with such amendments as the Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| AALAELDIN KHIRAWI,<br>By his attorney, | GETRONICS WANG CO., LLC,<br>a/k/a/ and d/b/a GETRONICS<br>By its attorneys, |
| /s/ Sol J. Cohen<br>Sol J. Cohen, BBO# 630776<br>Cohen & Sales<br>43 Thorndike Street<br>Cambridge, MA 02141<br>(617) 621-1151 | /s/ Erik J. Winton<br>Andrew C. Pickett, BBO# 549872<br>Erik J. Winton, BBO #600743<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 |

Dated: November 29, 2005