UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AALAELDIN KHIRAWI,<br>Plaintiff<br><br>v.<br><br>GETRONICS WANG CO., LLC,<br>a/k/a/ and d/b/a GETRONICS,<br>Defendants | CIVIL ACTION NO. 05-11877REK |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

Defendant Getronics Wang Co., LLC, a/k/a and d/b/a Getronics and Plaintiff Aalaeldin Khirawi, respectfully request that the status conference in this matter, currently scheduled for Wednesday, April 5, 2006 at 11:00 a.m., be rescheduled to a date after June 5, 2006. In support of this Motion, the parties state:

1. Due to a trial and other scheduling issues, discovery has been delayed and no depositions have been taken. The parties anticipate conducting depositions in April or early May.

2. The parties believe that a status conference would be more beneficial after certain discovery is completed.

3. This is the first such request in this matter.

|  | Respectfully submitted, |
|---|---|
| ASSENTED TO: | GETRONICS WANG CO., LLC,<br>a/k/a/ and d/b/a GETRONICS<br>By its attorneys, |
| /s/ Sol J. Cohen<br>Sol J. Cohen, BBO# 630776<br>Cohen & Sales<br>43 Thorndike Street<br>Cambridge, MA 02141<br>(617) 621-1151<br>Attorney for Plaintiff | /s/ Erik J. Winton<br>Andrew C. Pickett, BBO# 549872<br>Erik J. Winton, BBO #600743<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 |

Dated: March 30, 2006

## CERTIFICATE OF SERVICE

This hereby certifies that on this 30th day of March, 2006, a copy of the foregoing document was served electronically upon Plaintiff's attorney, Sol J. Cohen, Esq., Cohen & Sales, 43 Thorndike Street, Cambridge, MA 02141.

/s/ Erik J. Winton
Jackson Lewis LLP