UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Aellaeldin Khirawi__
        **Plaintiff(s)**

        V.                    **CIVIL  CASE NO. 05-11877-WGY**

__Geotronics Wang Co.__
        **Defendant(s)**

**NOTICE AND ORDER**

__Bowler, U.S.M.J.__

PLEASE TAKE NOTICE that the above-entitled case has been set for _____ __a mediation hearing__ on __9/20/2006__ at __10:00__ A.M. before Magistrate Judge __Marianne B. Bowler__ in Courtroom # __25__.

It is further ORDERED that All PARTIES are REQUIRED to attend and must have full binding settlement authority.  Leave of court is REQUIRED for any exceptions.  All confidential mediation briefs are REQUIRED  to be submitted to the court VIA FACSIMILE at (617) 204-5833 at least TWO BUSINESS DAYS prior to the hearing.

                                        SARAH A. THORNTON,
                                        CLERK OF COURT

__8/24/2006__                          By: __/s/ Marc K. Duffy, Esq.__
    Date                                       Deputy Clerk

(ADR NOTICE (Geotronics).wpd - 3/7/2005)