UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AALAELDIN KHIRAWI,<br>          Plaintiff<br><br>v.<br><br>GETRONICS WANG CO., LLC,<br>a/k/a/ and d/b/a GETRONICS,<br>          Defendants | CIVIL ACTION NO. 05-11877WGY |

**ASSENTED TO MOTION TO RESCHEDULE MEDIATION**

Plaintiff Aalaeldin Khirawi, with the assent of Defendant Getronics Wang Co., LLC, a/k/a and d/b/a Getronics, respectfully requests that the mediation before Magistrate Judge Marianne Bowler, currently scheduled for Wednesday, September 20, 2006 at 10:00 a.m., be rescheduled to a date after September 22, 2006.  In support of this Motion, the plaintiff states that his attorney is currently scheduled for trial before the honorable Joseph Tauro in *MacKinnon v. Linbeck, Kennedy, Rossi, et al,* U.S.D.C. C.A. Number 05 CV 11555-JLT for the week of September 18, 2006.

Respectfully submitted,

ASSENTED TO:                                                            For the Plaintiff,
GETRONICS WANG CO., LLC,
a/k/a/ and d/b/a GETRONICS
By its attorneys,

/s/ Erik J. Winton_____                     /s/ Sol J. Cohen_____
Erik J. Winton, BBO #600743                              Sol J. Cohen, BBO# 630776
Jackson Lewis LLP                                                Cohen & Sales
75 Park Plaza                                                          43 Thorndike Street
Boston, MA  02116                                                Cambridge, MA 02141
(617) 367-0025                                                       (617) 621-1151


Dated:  August 31 2006

**CERTIFICATE OF SERVICE**

      I, Sol J. Cohen, attorney for the plaintiff, Aalaeldin Khirawi hereby certify that on this 31st day of August, 2006, I served a copy of the above document on the defendants in this action, by mailing the same, postage pre-paid to the defendants' attorney at the following address:

Eric J. Winton, Esq.
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116

                                                                                    _____
                                                                                      Sol J. Cohen