**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| <u>Aalealdin Khirawi</u><br>Plaintiff(s) | |
| V. | CIVIL ACTION NO. <u>05-11877-WGY</u> |
| <u>Geotronics Wang Co.</u><br>Defendant(s) | |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE     <u>YOUNG</u>

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]  On  <u>11/2/2006</u>  I held the following ADR proceeding:

| | |
|---|---|
| _____ SCREENING CONFERENCE | _____ EARLY NEUTRAL EVALUATION |
| \_\_X\_\_ MEDIATION | _____ SUMMARY BENCH / JURY TRIAL |
| _____ MINI-TRIAL | _____ SETTLEMENT CONFERENCE |

All parties were represented by counsel [except _____].

The parties were present in person, or by an authorized officer. [except_____].

The case was:

[ ]  Settled. Your clerk should enter a \_\_\_ day order of dismissal.

[ ]  There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

| | |
|---|---|
| <u>     11/2/2006     </u><br>DATE | <u>     Marianne B. Bowler, USMJ     </u><br>ADR Provider |

(ADR Report (Khirawi).wpd - 4/12/2000)                                                                                              [adrrpt.]