UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AALAELDIN KHIRAWI,
Plaintiff

v.

GETRONICS WANG CO., LLC,
a/k/a/ and d/b/a GETRONICS,
Defendant

CIVIL ACTION NO. 05-11877WGY

## MOTION OF DEFENDANT FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS DUE TO FAMILY MEDICAL ISSUE

Defendant Getronics Wang Co., LLC, a/k/a and d/b/a Getronics, hereby moves to enlarge the time period to file Dispositive Motions, from the current deadline of March 1, 2007, up to and including March 15, 2007. In support of this motion Defendant, through its counsel, states the following

1. Defendant's counsel is seeking this brief two week extension due to personal family medical issues. Specifically, Defendant's counsel's mother has been diagnosed with a terminal illness and Defendant's counsel is involved in the treatment.

2. On February 13, 2007 Defendant's counsel spoke with Courtroom Clerk Bonnie Smith regarding this request. Ms. Smith indicated that she did not think there would be any problem granting this motion, in light of the reason for the request, and since this matter is not scheduled for trial until June.

3. This is the first request to enlarge the time to file dispositive motions in this matter.

4. Another attorney in Plaintiff's counsel's office indicated that Plaintiff's counsel, who is on vacation, would most likely assent to this motion.

WHEREFORE, Defendant respectfully requests that this Court grant its Motion for Enlargement of Time to File Dispositive Motions.

Respectfully submitted,

GETRONICS WANG CO., LLC,
a/k/a/ and d/b/a GETRONICS
By its attorneys,


/s/ Erik J. Winton
Andrew C. Pickett, BBO# 549872
Erik J. Winton, BBO #600743
Jackson Lewis LLP
75 Park Plaza
Boston, MA  02116
(617) 367-0025

Dated: February 13, 2007

## CERTIFICATE OF SERVICE

This hereby certifies that on this 13th day of February, 2007, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Erik J. Winton
Jackson Lewis LLP