UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AALAELDIN KHIRAWI,<br>　　　　Plaintiff<br><br>v.<br><br>GETRONICS WANG CO., LLC,<br>a/k/a/ and d/b/a GETRONICS,<br>　　　　Defendants | CIVIL ACTION NO. 05-11877WGY |

## MOTION OF DEFENDANT FOR SUMMARY JUDGMENT

Pursuant to F.R.C.P. 56(b) and U.S. District Court Local Rule 56.1, Defendant Getronics Wang Co., LLC a/k/a/ and d/b/a Getronics ("Getronics" or the "Company") hereby moves for summary judgment on Plaintiff's Complaint. In support of its motion and pursuant to F.R.C.P. 56 and Local Rule 56.1, the Company submits Defendant's Statement of Undisputed Material Facts, the Declarations of Erik J. Winton and Wayne Ogg and the accompanying Memorandum of Law.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Defendant certifies that its counsel has conferred in good faith with counsel for Plaintiff in an attempt to narrow the issues raised in this motion, but the parties have been unable to resolve the matter.

Respectfully submitted,

GETRONICS WANG CO., LLC,
a/k/a/ and d/b/a GETRONICS
By its attorneys,


/s/ Erik J. Winton
Andrew C. Pickett, BBO # 549872
Erik J. Winton, BBO #600743
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025
PickettA@JacksonLewis.com
WintonE@JacksonLewis.com

Dated: March 15, 2007

## CERTIFICATE OF SERVICE

This hereby certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 15, 2007.

/s/ Erik J. Winton
Jackson Lewis LLP