UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AALAELDIN KHIRAWI,<br>       Plaintiff<br><br>v.<br><br>GETRONICS WANG CO., LLC,<br>a/k/a/ and d/b/a GETRONICS,<br>       Defendants | CIVIL ACTION NO. 05-11877WGY |

**ASSENTED TO MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY ONE WEEK AND THE TIME FOR DEFENDANT TO FILE REPLY BRIEF BY TEN DAYS THEREAFTER**

NOW COMES Plaintiff Aalaeldin Khirawi, and with the assent of Defendant Getronics Wang Co., LLC, a/k/a and d/b/a Getronics, respectfully requests that the Court extend the time for the plaintiff to file his opposition to the defendant's motion for summary judgment by one week, to April 5, 2007, and the time for the defendant to file a reply brief to ten days thereafter, to April 16, 2007.

As grounds therefore, Plaintiff's counsel represents that he will not be able to complete a proper opposition to the motion by the current due date of March 29, 2007 as a result of his upcoming deposition schedule, a period of reduced work hours due to a bout with the flu, and the overall voluminous and extensive nature of the motion and the materials supporting the motion and intended opposition.  This is the first such request in this matter.  The plaintiff does not anticipate requiring more than a one week extension.  The Court's allowance of this motion will not disturb the Court's schedule as to the oral argument for the motion, which the Court has recently rescheduled to May 3, 2007.

WHEREFORE, the plaintiff respectfully seeks that the Court extend the time for the plaintiff to file his opposition to the defendant's motion for summary judgment by one week, to April 5, 2007, and the time for the defendant to file a reply brief to ten days thereafter, to April 16, 2007.

| | |
|---|---|
| Respectfully submitted, | ASSENTED TO: |
| For the plaintiff, | Attorney for the defendant, |
| /s/ Sol J. Cohen_____<br>Sol J. Cohen, BBO# 630776<br>Cohen & Sales<br>43 Thorndike Street<br>Cambridge, MA 02141<br>(617) 621-1151 | /s/ Erik J. Winton_____<br>Andrew C. Pickett, BBO# 549872<br>Erik J. Winton, BBO #600743<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, MA  02116<br>(617) 367-0025 |

Dated:  March 26, 2007

## CERTIFICATE OF SERVICE

    This hereby certifies that on this 26th day of March, 2007, a copy of the foregoing document was served electronically upon Plaintiff's attorney, Erik J. Winton, Esq., Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116.

    /s/ Sol J. Cohen
    Cohen & Sales