UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11877-WGY

_____
                                                                      )
AALAELDIN KHIRAWI             )
                                                                      )
      Plaintiff                   )
                                                                       )
v.                                              )
                                                                     )
GETRONICS WANG CO., LLC   )
D/B/A GETRONICS             )
                                                                     )
      Defendants            )
_____)

### AFFIDAVIT OF ATTORNEY SOL J. COHEN IN SUPPORT OF THE PLAINTIFF'S OPPOSITION TO DEFENDANT'S SUMMARY JUDGMENT

NOW COMES Sol J. Cohen, attorney for the plaintiff, Aalaeldin Khirawi in the above matter, and respectfully states and deposes as follows:

1. I am a licensed attorney in the Commonwealth of Massachusetts. I represent the plaintiff in this action.

2. I have conducted or been present for all depositions taken in this matter.

3. I have had a direct role in the exchange of all written discovery exchanges between the parties.

4. All exhibits attached to the Plaintiff's Opposition to the Defendant's Motion for Summary Judgment are true copies of deposition transcripts, affidavits, and documents exchanged in discovery during the litigation of this case.

Signed under the pains and penalties of perjury this 5th day of April, 2007.

/s/    Sol J. Cohen
Sol J. Cohen
BBO # 630776
COHEN & SALES
43 Thorndike Street
Cambridge, MA 02141
(617) 621-1151