UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AALAELDIN KHIRAWI,
      Plaintiff,

v.

GETRONICS WANG CO., LLC
d/b/a GETRONICS
      Defendants.

Civil Action No. 05-11877

## MOTION TO STRIKE EXHIBITS ATTACHED BY THE PLAINTIFF TO HIS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Getronics Wang Co., LLC, a/k/a and d/b/a Getronics ("Getronics" or the "Company"), submits this Motion to Strike Exhibits Attached by the Plaintiff to his Opposition to Defendant's Motion for Summary Judgment. Specifically, Defendant moves the Court to strike Exhibits 7 and 48 to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. In support of its motion the Company submits the accompanying memorandum of law.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Defendant certifies that its counsel has conferred in good faith with counsel for Plaintiff in an attempt to narrow the issues raised in this motion, but the parties have been unable to resolve the matter.

Respectfully submitted,

GETRONICS WANG CO., LLC,
a/k/a/ and d/b/a GETRONICS
By its attorneys,

/s/ Erik J. Winton
Andrew C. Pickett, BBO # 549872
Erik J. Winton, BBO #600743
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: April 17, 2007

**CERTIFICATE OF SERVICE**

This hereby certifies that on this 17th day of April, 2007, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Erik J. Winton
Jackson Lewis LLP