UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11877-WGY

_____
                                              )
AALAELDIN KHIRAWI              )
                                              )
     Plaintiff                     )
                                              )
v.                                              )
                                              )
GETRONICS WANG CO., LLC    )
D/B/A GETRONICS               )
                                              )
     Defendants                )
_____)

**AFFIDAVIT OF ATTORNEY SOL J. COHEN IN SUPPORT OF THE PLAINTIFF'S OPPOSITION TO THE DEFENDANT'S MOTION TO STRIKE EXHIBIT 7 ATTACHED TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

     NOW COMES Sol J. Cohen, attorney for the plaintiff, Aalaeldin Khirawi in the above matter, and respectfully states and deposes as follows:

1. I am a licensed attorney in the Commonwealth of Massachusetts. I represent the plaintiff in this action.

2. I have had a direct role in all written discovery exchanges between the parties.

3. The defendant produced what is now Exhibit 7 to the Plaintiff's Opposition to the Defendant's Motion for Summary Judgment within and pursuant to its Rule 34 responses to the plaintiff's request for production of documents.

     Signed under the pains and penalties of perjury this 30th day of April, 2007.

/s/    Sol J. Cohen
Sol J. Cohen
BBO # 630776
COHEN & SALES
43 Thorndike Street
Cambridge, MA 02141
(617) 621-1151