# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>05-11877-WGY</u>

AALAEDIN KHIRAWI
Plaintiff

v.

GETRONICS WANG CO., INC.
Defendant

<u>JUDGMENT</u>

YOUNG, D.J.

In accordance with the Court's Order at the hearing of MAY 3, 2007 granting Defendant Getronics Wang Co.,Inc.  motion for summary judgment in the above-entitled action, it is hereby ORDERED:

Judgment for the DFENDANT .

By the Court,

/s/ Elizabeth Smith

_____
Deputy Clerk

**May 4, 2007**

To: All Counsel