UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11877-WGY

_____
                                    )
AALAELDIN KHIRAWI                   )
                                    )
    Plaintiff                       )
                                    )
v.                                  )
                                    )
GETRONICS WANG CO., LLC             )
D/B/A GETRONICS                     )
                                    )
    Defendant                       )
_____ )

## NOTICE OF APPEAL

Notice is hereby given that Aalaeldin Khirawi, the plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from final judgment from an order allowing the defendant, Getronics Wang Co., LLC's motion for summary judgment, entered in this action on the 4th day of May, 2007.

    Respectfully submitted,
    Attorney for the plaintiff,


    /s/    Sol J. Cohen
    Sol J. Cohen
    BBO # 630776
    COHEN & SALES
    43 Thorndike Street
    Cambridge, MA 02141
    (617) 621-1151

## CERTIFICATE OF SERVICE

I, Sol J. Cohen, attorney for the plaintiff, Aalaeldin Khirawi hereby certify that on this 1st day of June, 2007, I filed this document through the Court's ECF system, and will be sent electronically to the registered participants who are counsel of record on this matter, and on the defendant in this action, by mailing the same, postage pre-paid to the defendant's attorney at the following address:

Eric J. Winton, Esq.
Jackson Lewis LLP
75 Park Plaza
Boston, MA 92116

/s/    Sol J. Cohen
Sol J. Cohen