**MANDATE**

# United States Court of Appeals
## For the First Circuit

*[handwritten: 05-11877 USDC/MA (B) w. Young]*

No. 07-1924

AALAELDIN KHIRAWI

Plaintiff - Appellant

v.

GETRONICS WANG CO., LLC, d/b/a Getronics

Defendant - Appellee

**JUDGMENT**
Entered: September 7, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: 9-7-07

By the Court:
Richard Cushing Donovan, Clerk

By *ERIC H. DEININGER*
Appeals Attorney

[cc: Sol J. Cohen, Esq., Erik J. Winton, Esq., Andrew C. Pickett, Esq.]